IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No.: 3:08-CV-00102

FILED
CHARLOTTE, NC
APR 2 3 2008
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| LIGNA ACQUISITION GROUP, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>211 INVESTMENTS, LP; BRTC INVESTMENTS, LP; GOLF CLUBS OF AMERICA, LP; SFR 751 BRIGGS, LLC; BRIGGS RANCH GRAND VACATION CLUB, LP; HOLLY HILLS GP, LLC; BRIGGS GP, LLC; and DANIEL L. BAILEY, in his representative capacity as Trustee of the Bailey Family Trust,<br><br>    Defendants and Counterclaim Plaintiffs.<br><br>---<br><br>211 INVESTMENTS, LP; BRTC INVESTMENTS, LP; GOLF CLUBS OF AMERICA, LP; BRIGGS RANCH GRAND VACATION CLUB, LP; HOLLYHILLS GP, LLC; BRIGGS GP, LLC; and DANIEL BAILEY and MARLENE BAILEY, in their representative capacity as Trustees of the Bailey Family Trust,<br><br>    Third Party Plaintiffs,<br><br>vs.<br><br>MARIO GUESS a/k/a JERRY DEMARIO GUESS a/k/a J.D. GUESS a/k/a JERRY D. GUESS, LIGNA ACQUISITION GROUP, LLC, ESCROW FINANCIAL CORPORATION, and THP ESCROW SERVICES CORPORATION,<br><br>    Third Party Defendants. | **WRIT OF ATTACHMENT** |

HTPL: 353094 v2

TO THE UNITED STATES MARSHAL:

BY THE AUTHORITY OF THE UNITED STATES DISTRICT COURT, you are hereby commanded to attach to the value of $1,575,000.00, plus an amount sufficient to cover Defendants' costs, all property of Plaintiff LIGNA ACQUISITION GROUP, LLC located in the State of North Carolina. You are further commanded to make return of this Order to the Court within the time allowed by law.

This the 23d day of April, 2008.

_____
JUDGE/CLERK/ASSISTANT CLERK
United States District Court for the Western District of North Carolina, Charlotte Division

DATED: 23april08