

FILED
CHARLOTTE, NC

APR 23 2008

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:08-CV-00102

| | |
|---|---|
| LIGNA ACQUISITION GROUP, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>211 INVESTMENTS, LP; BRTC INVESTMENTS, LP; GOLF CLUBS OF AMERICA, LP; SFR 751 BRIGGS, LLC; BRIGGS RANCH GRAND VACATION CLUB, LP; HOLLY HILLS GP, LLC; BRIGGS GP, LLC; and DANIEL L. BAILEY, in his representative capacity as Trustee of the Bailey Family Trust,<br><br>    Defendants and Counterclaim Plaintiffs. | |
| 211 INVESTMENTS, LP; BRTC INVESTMENTS, LP; GOLF CLUBS OF AMERICA, LP; BRIGGS RANCH GRAND VACATION CLUB, LP; HOLLYHILLS GP, LLC; BRIGGS GP, LLC; and DANIEL BAILEY and MARLENE BAILEY, in their representative capacity as Trustees of the Bailey Family Trust,<br><br>    Third Party Plaintiffs,<br><br>vs.<br><br>MARIO GUESS a/k/a JERRY DEMARIO GUESS a/k/a J.D. GUESS a/k/a JERRY D. GUESS, LIGNA ACQUISITION GROUP, LLC, ESCROW FINANCIAL CORPORATION, and THP ESCROW SERVICES CORPORATION,<br><br>    Third Party Defendants. | **SUMMONS TO GARNISHEE ESCROW FINANCIAL CORPORATION** |

HTPL: 353941 v1

ESCROW FINANCIAL CORPORATION
Business Filings Incorporated, Registered Agent
108 West 13th Street
Wilmington, DE 19801

TO THE GARNISHEE NAMED ABOVE:

At the request of 211 Investments, L.P., BRTC Investments, L.P., Golf Clubs of America, L.P., SFR 751 Briggs, LLC, Briggs Ranch Grand Vacation Club, L.P., HollyHills GP, LLC, Briggs GP, LLC and Daniel L. Bailey and Marlene Bailey, in their representative capacities as Trustees of the Bailey Family Trust ("Defendants"), you are summoned as a garnishee of Plaintiff Ligna Acquisition Group, LLC ("Ligna") and Third Party Defendant Mario Guess a/k/a Jerry Demario Guess a/k/a J.D. Guess a/k/a Jerry D. Guess ("Guess") and required, within twenty (20) days after you have been served with this Summons, to file a verified answer in the office of the Clerk of the United States District Court for the Western District of North Carolina, Charlotte Division showing whether:

1. At the time the Summons was served upon you, or at any time since then until the date of your answer, you were indebted to Ligna or Guess, or had any property of Ligna or Guess in your possession and, if so, the amount and nature thereof; and,

2. Whether, according to your knowledge, information or belief, any other person is indebted to Ligna or Guess, or has possession of any property of Ligna or Guess, and if so, the name of each person.

If you fail to file an answer, a conditional judgment will be rendered against you for the full amount Defendants have requested, plus an amount sufficient to cover Defendants' costs.

This the 23rd day of April, 2008.

_____
JUDGE/CLERK/ASSISTANT CLERK
United States District Court for the Western District
of North Carolina, Charlotte Division

DATED: 23 April 08