IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:08-CV-102-GCM**

|  |  |  |
|---|---|---|
| LIGNA ACQUISITION GROUP, LLC, | ) | |
|                   Plaintiff, | ) | **ORDER** |
| | ) | |
|      v. | ) | |
| | ) | |
| 211 INVESTMENTS, LP; BRTC | ) | |
| INVESTMENTS, LP; GOLF CLUBS OF | ) | |
| AMERICA, LP; SFR 751 BRIGGS, LLC; | ) | |
| BRIGGS RANCH GRAND VACATION CLUB, | ) | |
| LP; HOLLY HILLS GP, LLC; BRIGGS GP, | ) | |
| LLC; and DANIEL L. BAILEY, in his | ) | |
| representative capacity as Trustee of the | ) | |
| Bailey Family Trust, | ) | |
|                 Defendants | ) | |
|     and Counterclaim Plaintiffs, | ) | |
| _____ | ) | |
| | ) | |
| 211 INVESTMENTS, LP; BRTC | ) | |
| INVESTMENTS, LP; GOLF CLUBS OF | ) | |
| AMERICA, LP; SFR 751 BRIGGS, LLC; | ) | |
| BRIGGS RANCH GRAND VACATION CLUB, | ) | |
| LP; HOLLY HILLS GP, LLC; BRIGGS GP, | ) | |
| LLC; and DANIEL L. BAILEY and MARLENE | ) | |
| BAILEY, in their representative capacity as | ) | |
| Trustee of the Bailey Family Trust, | ) | |
|         Third Party Plaintiffs, | ) | |
| | ) | |
|      v. | ) | |
| | ) | |
| MARIO GUESS a/k/a JERRY DEMARIO GUESS | ) | |
| a/k/a J.D. GUESS a/k/a JERRY GUESS, | ) | |
| LIGNA ACQUISITION GROUP, LLC, ESCROW | ) | |
| FINANCIAL CORPORATION, and THP | ) | |
| ESCROW SERVICES CORPORATION, | ) | |
|         Third Party Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. On July 22, 2008, the
parties submitted their Certification and Report of FRCP 26(f) Conference and Discovery Plan

[doc. 60]. IT IS ORDERED that prior to entering the pre-trial order, and initial pretrial conference will be held in Chambers. All parties are directed to appear for this conference on **Friday, October 31, 2008, at 11:00 a.m.**

IT IS SO ORDERED.                    Signed: October 21, 2008

Graham C. Mullen
United States District Judge